# xCourt of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0052.  LAZANDRA DARDY v. MACON HOUSING AUTHORITY.**

Lazandra Dardy, defendant in the dispossessory proceeding below, has filed an application for discretionary appellate review of the trial court's judgment in favor of the landlord.  On September 4, 2018, we dismissed Dardy's application on the ground that she was required to appeal to the state court or superior court before seeking review in this Court.  That conclusion, however, was incorrect.  The judgment in this case was issued by the "Civil & Magistrate Court of Bibb County."  Upon inquiry by our Clerk's Office, we have learned that the judgment was issued by a judge of the Civil Court.  A final judgment of the Civil Court of Bibb County may be appealed in the same manner as a judgment by the Superior Court of Bibb County.  See *Middle Ga. Bank v. Continental Real Estate & Assoc.*, 168 Ga. App. 611 (309 SE2d 893) (1983). Accordingly, our order of September 4, 2018, is hereby VACATED and the application is REINSTATED.

As to Dardy's request for appellate review, it is unclear why Dardy filed an application for discretionary appeal rather than a direct appeal.  No provision of OCGA § 5-6-35 (a) appears to apply to this case.  Thus, the civil court's order appears to be subject to direct appeal.

We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Dardy shall have ten days from the date of this order to file a notice of appeal in the trial court.  If she has already filed a timely notice of appeal in the trial court, she need not file a second notice. The clerk of the civil court is directed to include a copy of this order in the appeal record transmitted to this

Court.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __09/13/2018__
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*